[Crim. No. 1632. First Appellate District, Division One.—October 17, 1931.]

THE PEOPLE, Respondent, v. HAROLD FERGUSON et al., Appellants.

No appearance for Appellants.

U. S. Webb, Attorney-General, and Ralph O. Marron, Deputy Attorney-General, for Respondent.

TYLER, P. J.—Defendants were accused by the district attorney of the city and county of San Francisco of a

felony, to wit, conspiracy to commit robbery. Upon arraignment they pleaded not guilty. They were tried and convicted as charged in the information and sentenced to the state prison at San Quentin. ██ Oral notice of appeal was given, but defendants have failed to file a brief in support of the appeal, nor did they appear by counsel when the case was called for hearing. We have examined the record and find no grounds for a reversal.

The judgment is affirmed.

Knight, J., and Cashin, J., concurred.